**No. 55212.**—Canton Co. et al. *v.* United States, protests 10601–K, etc. (New York).

Opinion by COLE, J. The protests were dismissed.

**No. 55213.**—Stephen Rug Mills, Inc. *v.* United States, protest 165702–K (New York).

Opinion by COLE, J. The protest was dismissed.

**No. 55214.**—Wilbur-Ellis Company *v.* United States, protest 167246–K (A) (New York).

Opinion by COLE, J. The protest was dismissed.

**No. 55215.**—Samuel Shapiro *v.* United States, protests 143893–K (A) and 143893–K (B) (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of reptile skins the same in all material respects as those passed upon in *Fleming-Joffe, Ltd.* v. *United States* (25 Cust. Ct. 56, C. D. 1263), the claim for free entry under paragraph 1765 was sustained. Protest 143893–K (A), having been abandoned insofar as it relates to entries 720794, 725974, 725973, 701480, and 760940, was overruled as to said entries.

**No. 55216.**—A. Schulman, Inc. *v.* United States, protest 140277–K (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55217.**—D. Roditi & Sons, Inc., and Ignaz Strauss & Co., Inc. *v.* United States, protests 145847–K and 161353–K (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55218.**—L. Bamberger & Co. et al. *v.* United States, protests 156153–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55219.**—H. Elkan & Co., Inc. *v.* United States, protest 160283–K (B) (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.